UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GRAND RIVER ENTERPRISES SIX NATIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ELLEN F. ROSENBLUM, in her official capacity as Attorney General of the State of Oregon, <br><br> Defendant. <br> _____ | Case No. 6:24-cv-00519-MK <br><br><br> **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*** |

Attorney Leonard R. Powell requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above captioned-case for the purposes of representing the following party:

- **Plaintiff Grand River Enterprises Six Nations, Ltd.**

In support of this application, I certify that: (1) I am an active member in good standing with the California State Bar and the District of Columbia Bar; and (2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1) PERSONAL DATA:**

Name:  <u>     Powell                         Leonard                  R.                              </u>
               *(Last Name)*            *(First Name)*        *(MI)*         *(Suffix)*

Agency/firm affiliation:  <u>Jenner & Block LLP                                           </u>

Mailing address:  <u>1099 New York Ave., NW, Suite 900                             </u>

City: <u> Washington            </u>   State: <u> DC           </u>   Zip: <u> 20001-4412  </u>

Phone number: <u> (202) 639-6074           </u>   Fax number: <u> (202) 639-6066         </u>

Business e-mail address: <u> leonardpowell@jenner.com                         </u>

**(2) BAR ADMISSION INFORMATION:**

**(a)** State bar admission(s), date(s) of admission, and bar number(s):

<u>  California, admitted Dec. 9, 2016, No. 313387                          </u>

<u>  District of Columbia, admitted Oct. 2, 2017, No. 1048832               </u>

**(b)** Other federal court admission(s) and date(s) of admission:

<u>  U.S. Supreme Court, admitted Mar. 7, 2022                              </u>

<u>  U.S. Court of Appeals for the D.C. Circuit, admitted May 2018          </u>

<u>  U.S. Court of Appeals for the Eighth Circuit, admitted September 2023  </u>

<u>  U.S. Court of Appeals for the Ninth Circuit, admitted December 2022    </u>

<u>  U.S. Court of Appeals for the Tenth Circuit, admitted 2021             </u>

<u>  U.S. District Court for the District of Columbia, admitted 2018        </u>

<u>  U.S. District Court for the Southern District of California, admitted August 2023  </u>

**(3)	CERTIFICATION OF DISCIPLINARY ACTIONS:**

☑ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

**(4)	CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)	CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

Dated:  May 1, 2024                                                       */s/ Leonard R. Powell*
                                                                                        Leonard R. Powell

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: __Steringer__  __C.__  __Robert__  _____
        (Last Name)   (First Name)   (MI)   (Suffix)

OSB Number: __983514__

Agency/firm affiliation: __Harrang Long P.C.__

Mailing address: __111 SW Columbia St., Suite 950__

City: __Portland__     State: __OR__     Zip: __97201-5841__

Phone number: __(503) 242-0000__     Fax number: __(541) 686-6564__

Business e-mail address: __bob.steringer@harrang.com__

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number __6:24-cv-00519-MK__.

Motion for Leave to Appear *Pro Hac Vice* — Page 4

Dated: May 1, 2024                               /s/ C. Robert Steringer
                                                 C. Robert Steringer

Motion for Leave to Appear *Pro Hac Vice* — Page 5