**Adam G. Unikowsky (pro hac vice)**
**aunikowsky@jenner.com**
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20001
Telephone: (202) 639-6041
Facsimile: (202) 661-4925
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

**GRAND RIVER ENTERPRISES SIX NATIONS, LTD.,**

Plaintiff,

vs.

**DAN RAYFIELD, in his official capacity as Attorney General of the State of Oregon,**

Defendant.

Case No. 6:24-cv-00519-AP

**JOINT STATUS REPORT**

Pursuant to the Court's July 23, 2026 Order (ECF 35), Plaintiff Grand River Enterprises Six Nations, Ltd. and Defendant Dan A. Rayfield, in his capacity as Attorney General of the State of Oregon, by and through their respective counsel, respectfully submit this Joint Status Report.

This case was filed on March 27, 2024. On July 8, 2024, the parties filed a Joint Motion to Stay (ECF 12), requesting a stay pending the resolution of *Xcaliber International Ltd., L.L.C. v. Oregon*, Marion County Circuit Court Case No. 23CV52166. This case and the *Xcaliber* case both concern the constitutionality of Oregon House Bill 2128 (2023), 2023 Or. Laws ch. 401, although *Xcaliber* implicates questions under the Oregon Constitution and this case involves challenges under the federal Constitution. This Court granted the parties' Joint Motion to Stay (ECF 15). Pursuant to the Court's orders, the parties submitted Joint Status Reports on January

14, 2025 (ECF 20), July 15, 2025 (ECF 23), January 23, 2026 (ECF 28), and July 22, 2026 (ECF 33). In the July 22, 2026 Joint Status Report, the parties informed the Court that the *Xcaliber* case was pending in the Oregon Court of Appeals, and suggested filing an additional Joint Status Report within six months to further inform the Court of the status of the *Xcaliber* appeal (ECF 33). On July 23, 2026, the Court directed the parties to file an additional Joint Status Report by January 19, 2027, or within 30 days of the Oregon Court of Appeals' decision, whichever comes first (ECF 35).

On August 26, 2026, the Oregon Court of Appeals issued its decision in the *Xcaliber* case. The Oregon Court of Appeals concluded that the Oregon legislature's enactment of HB 2128 did not violate the Supermajority Clause of the Oregon Constitution. The Oregon Court of Appeals reversed and remanded the trial court's contrary determination.

The parties' joint stipulation in connection with the stay recites: "The proposed stay will lift when either (1) the deadline for the Attorney General to seek appeal of the judgment of the Marion County Circuit Court in Xcaliber elapses with no notice of appeal filed; or (2) when all appellate proceedings in the Oregon Court of Appeals, Oregon Supreme Court, and/or the United States Supreme Court have concluded or the time for seeking further appellate review has elapsed." ECF 13, Ex. 1, ¶ 4. As such, because the time for seeking further appellate review has not yet elapsed, the stipulated stay remains in place. It is the parties' understanding that Xcaliber intends to file a petition for review to the Oregon Supreme Court, but this petition has not yet been filed.

The parties suggest submitting an additional Joint Status Report on or before the earliest of these dates: (1) if no petition is filed, 30 days after the expiration of time for Xcaliber to seek review from the Oregon Supreme Court; (2) if a petition is filed, 30 days after a decision by the Oregon Supreme Court on whether to grant review; (3) six months from this report.

DATED this 8th day of September, 2026.

JENNER & BLOCK LLP

By: /s/ Adam G. Unikowsky
Adam G. Unikowsky (pro hac vice)
aunikowsky@jenner.com
Attorney for Plaintiff

OREGON DEPARTMENT OF JUSTICE

By: /s/ Thomas H. Castelli
Thomas H. Castelli, #226448
thomas.castelli@doj.oregon.gov
Attorney for Defendant